### Commonwealth ex rel. Carey, Appellant, *v.* Maroney.

Submitted December 13, 1965. *James Carey,* appellant, in propria persona; *Philip M. Capone* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,*

First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.